```
McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Fax: (916) 554-2900
SARAH RYAN
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone: (415) 977-8943
Fax: (916) 744-0134
```

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| YRMA CHAVES LANE, | ) Case No. 2:06-CV-00806-GGH |
| Plaintiff, | ) STIPULATION AND ORDER |
| vs. | ) |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) |
| Defendant. | ) |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a FIRST extension of time of 30 days to respond to Plaintiff's motion for summary judgment, due to a scheduling conflict arising from the large number of cases which await briefing. The current due date is SEPTEMBER 29, 2006. The new due date will be OCTOBER 30, 2006.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Stip & Proposed Order Re Ext of D's Time - 2:06-CV-00806-GGH                Page 1

```
/s/ David G. Lee
     (As authorized on SEPTEMBER 28, 2006)
DAVID G. LEE
Attorney at Law

Attorney for Plaintiff


McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney

By: /s/ Bobbie J. Montoya for
        (As signed on SEPTEMBER 28, 2006)
    SARAH RYAN
    Special Assistant U.S. Attorney

Attorneys for Defendant
```

OF COUNSEL:
LUCILLE GONZALES MEIS
CHIEF COUNSEL, REGION IX
UNITED STATES SOCIAL SECURITY ADMINISTRATION

ORDER

APPROVED AND SO ORDERED.

DATED: 10/2/06                    /s/ Gregory G. Hollows
                                  _____
                                  GREGORY G. HOLLOWS
                                  UNITED STATES MAGISTRATE JUDGE
lane.ord