```
McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
SARAH RYAN, State Bar of Texas #17479500
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134
    E-Mail: sarah.ryan@ssa.gov
```

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| YRMA CHAVES LANE ) | CIVIL NO. 2:06-CV-00806-GGH |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | SETTLING ATTORNEY'S FEES PURSUANT |
| MICHAEL J. ASTRUE,[1] ) | TO THE EQUAL ACCESS TO JUSTICE ACT |
| Commissioner, Social Security, ) | (EAJA) |
| ) | |
| Defendant. ) | |

It is stipulated by the parties through their undersigned counsel, with the Court's approval, that Plaintiff be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of FOUR THOUSAND AND NO/100 DOLLARS ($4,100.00), for compensation for legal services rendered on Plaintiff's behalf, pursuant to 28 U.S.C. § 2412(d), thereby constituting a compromise settlement for all fees under the EAJA in this action, but not constituting any admission of Defendant's

---

[1] Michael J. Astrue became the Commissioner of Social Security on February 12, 2007.  Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should, therefore, be substituted for Commissioner Jo Anne B. Barnhart as the defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

liability under the EAJA in this action.

Payment of fees in the amount of FOUR THOUSAND AND NO/100 DOLLARS ($4,100.00) shall constitute a complete release from and bar to any and all claims of Plaintiff relating to EAJA fees in connection with this action, without prejudice to any future request for fees under the Social Security Act, 42 U.S.C. § 406(b).

The parties further stipulate that Plaintiff has executed a valid assignment assigning all right, title and interest in and to said EAJA fees to Plaintiff's counsel, David G. Lee, and stipulate that the EAJA fees awarded herein shall be paid directly to DAVID G. LEE as the rightful assignee of Plaintiff.

Respectfully submitted,

Dated: August 29, 2007   /s/ *David G. Lee*
(As authorized via facsimile)
DAVID G. LEE
Attorney for Plaintiff

Dated: August 29, 2007   McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

*/s/ Sarah Ryan*
SARAH RYAN
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED.

DATED: 9/6/07   /s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

lane.eaja